

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00819-CR

Scott Andrew **RYBERG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5635
Honorable Lorina I. Rummel, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed: March 28, 2018

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal and for expedited issuance of the mandate.

The motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a). We order the

clerk of the court to immediately issue the mandate. *See id*. R. 18.1(c).

PER CURIAM

DO NOT PUBLISH